**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CHARLES SCOTT MERRILL, JR.,

Plaintiff,

v. No. 1:25-cv-00497-JHR

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order (Doc. 26) filed on September 30, 2026, the Court enters this Final Judgment pursuant to Federal Rule of Civil Procedure 58 and hereby remands this matter to the Commissioner for further proceedings.

HON. JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE
PRESIDING BY CONSENT